BENJAMIN B. WAGNER
United States Attorney
KATHLEEN A. SERVATIUS
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

SEALED

FILED
OCT 05 2015
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> OLEGARIO TRUJILLO, <br> ARNOLDO VALENCIA, <br> EDGAR VALENCIA-FARIAS, <br> FRANCISCA TORRES, <br> ALEX CAESAR GOMEZ, <br> CARLOS RAMOS-TAFOYA, <br> MARCOS DIAZ, <br> GARY PASSMORE, <br> RAMIRO MUNOZ, <br> GLADYS RAMOS, <br> PEDRO DELGADO-MONTENEGRO, <br> ARTHUR WALKER, <br> JORGE MARTINEZ, AND <br> JOSE ARREOLA-SERRATO, <br><br> Defendants. | CASE NO. 1: 15 MJ 0 0 1 5 9 GSA <br><br> **UNDER SEAL** <br><br> ORDER SEALING COMPLAINT |

The United States having applied to this Court for a complaint and arrest warrants in the above-captioned proceedings and having applied for the complaint and warrants to remain under seal in order to prevent the destruction of evidence and flight of the targets of the investigation,

IT IS ORDERED that the complaint and arrested warrants filed in the above-entitled matter shall be filed with this Court under seal and not be disclosed pending further order of this court.

Dated: October 2, 2015

_____
HONORABLE GARY S. AUSTIN
U.S. MAGISTRATE JUDGE

Order Sealing Complaint and Arrest Warrant                 1