

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 1:15-MJ-150 GSA |
| Plaintiff, | |
| v. | ORDER UNSEALING COMPLAINT |
| OLEGARIO TRUJILLO, et. al., | |
| Defendants. | |

The United States having applied to this Court for the complaint and warrants to remain under seal in order to prevent the destruction of evidence and flight of the targets of the investigation, the majority of the individuals having now been arrested, and to facilitate the initial appearances of the defendants arrested in the above-entitled case,

IT IS ORDERED that the complaint and arrested warrants filed in the above-entitled matter shall be unsealed.

Dated: October 6, 2015

_____
HONORABLE BARBARA A. MCAULIFFE
U.S. MAGISTRATE JUDGE