NICHOLAS F. REYES, SBN #102114
Law Offices of Nicholas F. Reyes
1107 "R" Street
Fresno, CA 93721
Telephone: (559) 486-4500
Facsimile: (559) 486-4533
Email: nfreyeslaw@gmail.com

Attorneys for Defendant
CARLOS TAFOYA-RAMOS

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　Plaintiff,<br><br>v.<br><br>CARLOS TAFOYA-RAMOS,<br><br>　　　　　　　　Defendant. | **CASE NO. 1:15-CR-288-LJO-SKO**<br><br>**STIPULATED ORDER MODIFYING PRETRIAL RELEASE CONDITIONS** |

Defendant, CARLOS TAFOYA-RAMOS, by and through counsel of record, NICHOLAS F. REYES, and Plaintiff, UNITED STATES OF AMERICA, by and through its counsel of record, KATHLEEN SERVATIUS, Assistant United States Attorney for the Eastern District of California, hereby stipulate as follows:

WHEREAS, based upon recommendation of Pretrial Services and the defendant's exemplary compliance with all terms of ordered pretrial release, the parties are in agreement and request this Court approve the following modified pretrial release conditions and modifying as follows:

IT IS HEREBY STIPULATED:

**Defendant CARLOS DAVID TAFOYA requests that the following conditions be removed from his conditions of pre-trial release**:

The defendant shall: participate in the following Location Monitoring component and abide by all the requirements of the program, which will include use of a location monitoring system. You shall comply with all instructions for use and operation of said devices as given to you by the Pretrial Services Agency and employees of the monitoring company. You shall pay all or part of the costs of the program based upon your ability to pay as determined by the PSO. HOME DETENTION. You shall remain inside your residence at all times except for employment; education; religious services; medical, substance abuse, or mental health treatment; attorney visits; court appearances; court ordered obligations; or other activities pre-approved by the pretrial services officer.

All other pre-trial release conditions shall remain in full force and effect.

IT IS SO STIPULATED.

Respectfully Submitted,

Dated: March 15, 2017         /s/ Nicholas F. Reyes
                              NICHOLAS F. REYES, ESQ.
                              Attorney for Defendant

IT IS SO STIPULATED.

Dated: March 16, 2017         /s/ Kathleen Servatius
                              KATHLEEN SERVATIUS
                              Assistant United States Attorney

**ORDER**

IT IS SO ORDERED.

Dated:   **March 16, 2017**                                /s/ *Sheila K. Oberto*
                                                    UNITED STATES MAGISTRATE JUDGE