**SALLY VECCHIARELLI 305636**
**PROPER DEFENSE LAW CORPORATION**
677 W. Palmdon Drive, Suite 201
Fresno, CA 93704
Telephone: (559) 825-3800
Facsimile: (559) 705-1870

Attorney for Defendant
CARLOS DAVID TAFOYA-RAMOS

# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br>　　　　Plaintiff, <br><br>　　v. <br><br> CARLOS DAVID TAFOYA-RAMOS <br><br>　　　　Defendant. | Case No. 1:15-cr-00288-NONE-SKO <br><br> **STIPULATION RE BRIEFING SCHEDULE; ORDER** |

　　　　On June 18, 2020, this Court instructed counsel to confer and attempt to stipulate to a briefing schedule within five days, that same day Sally Vecchiarelli was appointed as Defense Counsel. **IT IS HEREBY STIPULATED** by and between the parties through their respective counsel, KATHLEEN ANNE SERVATIUS, Assistant United States Attorney, counsel for plaintiff, and SALLY VECCHIARELLI, Appointed Counsel for defendant CARLOS DAVID TAFOYA-RAMOS, that the briefing schedule be set as follows:

**July 24, 2020**:　　Defendant's filing of 18 U.S.C. Section 3582(c) Motion

**August 7, 2020**:　　Plaintiff's Response to Defendant's filing of 18 U.S.C. Section 3582(c) Motion

677 W. PALMDON DRIVE
SUITE 201
FRESNO, CA 93704

1
STIPULATION re: BRIEFING SCHEDULE

**August 21, 2020**:      Defendant's Reply

                             Respectfully Submitted,
                             Sally Vecchiarelli

DATED: June 24, 2020          By      /s/ Sally Vecchiarelli
                                        SALLY VECCHIARELLI
                                        Appointed Counsel
                                        Attorney for Defendant
                                        CARLOS DAVID TAFOYA-RAMOS

DATED: June 24, 2020          By      /s/ Kathleen Anne Servatius
                                        KATHLEEN ANNE SERVATIUS
                                        United States Attorney
                                        Attorney for Plaintiff

**ORDER**

The above stipulated schedule is adopted in full.

IT IS SO ORDERED.

Dated:   **June 24, 2020**                      _Dale A. Drozd_
                                                    UNITED STATES DISTRICT JUDGE

Proper Defense
Law Corporation
677 W. P<small>ALMDON</small> D<small>RIVE</small>
S<small>UITE</small> 201
F<small>RESNO</small>, CA 93704

2
**STIPULATION re: BRIEFING SCHEDULE**