**SALLY VECCHIARELLI #305636**
**PROPER DEFENSE LAW CORPORATION**
677 W. Palmdon Drive, Suite 201
Fresno, CA 93704
Telephone: (559) 825-3800
Facsimile: (559) 705-1870

Attorney for Defendant
CARLOS DAVID TAFOYA-RAMOS

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> ) <br> ) <br> v. ) <br> ) <br> ) <br> ) <br> CARLOS DAVID TAFOYA-RAMOS ) <br> ) <br> Defendant. ) <br> ) | Case No. 1:15-cr-00288-NONE-SKO <br><br> **STIPULATION RE BRIEFING SCHEDULE; ORDER** |

Counsel submitted a briefing schedule and it was so ordered on June 25, 2020. The parties are unable to proceed with filings by the agreed upon dates as necessary documentation has not been received by the defense counsel. **IT IS HEREBY STIPULATED** by and between the parties through their respective counsel, KATHLEEN ANNE SERVATIUS, Assistant United States Attorney, counsel for plaintiff, and SALLY VECCHIARELLI, Appointed Counsel for defendant CARLOS DAVID TAFOYA-RAMOS, that the briefing schedule be extended as follows:

**August 31, 2020**: Defendant's filing of 18 U.S.C. Section 3582(c) Motion

**September 21, 2020**: Plaintiff's Response to Defendant's filing of 18 U.S.C. Section 3582(c) Motion

Proper Defense
Law Corporation
677 W. PALMDON DRIVE
SUITE 201
FRESNO, CA 93704

1

**STIPULATION re: BRIEFING SCHEDULE**

**September 28, 2020**: Defendant's Reply

                                                        Respectfully Submitted,
                                                        Sally Vecchiarelli

DATED: July 31, 2020                   By     /s/ Sally Vecchiarelli
                                                                 SALLY VECCHIARELLI
                                                                   Appointed Counsel
                                                                   Attorney for Defendant
                                                                   CARLOS DAVID TAFOYA-RAMOS

DATED: July 31, 2020                   By     /s/ Kathleen Anne Servatius
                                                                 KATHLEEN ANNE SERVATIUS
                                                                   United States Attorney
                                                                   Attorney for Plaintiff

**ORDER**

The above stipulated scheduled is adopted in full.

IT IS SO ORDERED.

Dated: **July 31, 2020**                       /s/ Dale A. Drozd
                                               UNITED STATES DISTRICT JUDGE

Proper Defense
Law Corporation
677 W. PALMDON DRIVE
SUITE 201
FRESNO, CA 93704

2
**STIPULATION re: BRIEFING SCHEDULE**