UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>JORGE MARTINEZ JR. and CARLOS TAFOYA-RAMOS, et al.,<br><br>　　　　　Defendants. | Case: 1:15-cr-00288-NONE-SKO<br><br>ORDER REASSIGNING CASE FOR PURPOSES OF RULING ON MOTIONS FOR COMPASSIONATE RELEASE<br><br>(Doc. Nos. 492, 500) |

　　　　The Local Rules provide that "[a]ctions may be reassigned between Judges on order signed by the transferring and accepting Judges as approved by the Court."  L.R., App. A (f)(1).

/////
/////
/////
/////
/////
/////
/////
/////
/////

1

In order to ensure the fair distribution of the court's caseload and the efficient resolution of all matters, the court REASSIGNS the above-captioned action to United States Senior District Judge Anthony W. Ishii for purposes of deciding the pending motions for compassionate release. (Doc. Nos. 492, 500.) After the motions for compassionate release are ruled upon, the case shall be reassigned back to "unassigned" status for all purposes.

IT IS SO ORDERED.

Dated: __August 30, 2020__                              _____
                                                        UNITED STATES DISTRICT JUDGE

IT IS SO ORDERED.

Dated: __August 30, 2020__                              _____
                                                        SENIOR DISTRICT JUDGE

IT IS SO ORDERED.

Dated: __August 30, 2020__                              _____
                                                        CHIEF UNITED STATES DISTRICT JUDGE